AMY M. KARLIN (Bar No. 150016)
Interim Federal Public Defender
ISABEL BUSSARAKUM (Bar No. 295046)
(E-Mail: isabel_bussarakum@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
ERIC MCFADDEN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 04-28-GPS TJH |
|---|---|
| Plaintiff, | [PROPOSED] ORDER REDUCING SENTENCE PURSUANT TO SECTION 404 OF THE FIRST STEP ACT |
| v. | |
| ERIC MCFADDEN, | REG. NO. 16224-064 |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY GRANTS

Defendant Eric McFadden's Motion to Reduce His Sentence Under the First Step Act.

It is ordered that Defendant's previously imposed sentence (as reflected in the last

judgment) is reduced to a prison term of time served, and a supervised release term of 8

years. All other terms and conditions of the last judgment shall remain the same,

DATED: *except that General Order 18-10 shall apply with regard* DECEMBER 16, 2019    By _____ *to the*

HON. TERRY J. HATTER, JR.  *supervised*
United States District Judge  *release conditions.*

**CC: USM, BOP**

Presented by:

*/s/ Isabel Bussarakum*
Deputy Federal Public Defender